■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN ADAMO, Appellant. — Appeal by defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County, imposed June 3, 1980 upon resentence. Sentence affirmed. No opinion. This case is remitted to the Supreme Court, Kings County, for further proceedings pursuant to CPL 460.50 (subd 5). Mollen, P. J., Hopkins, Damiani and Titone, JJ., concur.